UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENIGNO G. CHICO, et al.,

          Plaintiffs,

     v.

WELLS FARGO BANK, N.A., et al.,

          Defendants.

Case No.  20-cv-01963-PJH

**JUDGMENT**

    The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

    it is Ordered and Adjudged

    that plaintiffs take nothing, and that the action be dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: May 14, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge